McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER NAZARIO-SANTIAGO,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>      Defendant. | No. 2:05-CV-01928-DFL-PAN<br><br>STIPULATION FOR DISMISSAL;<br>ORDER OF DISMISSAL |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED: January 18, 2006         McGREGOR W. SCOTT
                                United States Attorney


                           By:  /s/ John F. Gisla
                                JOHN F. GISLA
                                Assistant United States Attorney
                                Attorneys for the United States


DATED: January 18, 2006         /s/ Scott A. Galland
                                SCOTT A. GALLAND
                                Attorney for Plaintiff

1

1
2                         ORDER OF DISMISSAL
3        Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this
4   action is dismissed with prejudice.
5
6   DATED: 1/20/2006
7
8
9                                _____
                                 DAVID F. LEVI
10                               United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                              CERTIFICATE OF SERVICE

2     The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of

3 California, and is of such age and discretion to be competent to serve papers.

4

    That on January 19, 2006, she served a copy of:

5

STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL

6

by placing said copy in postpaid envelopes addressed to the persons

7 at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States

8 mail in Sacramento, California.

9 Addressee(s):

10 Scott A. Galland, Esq.
1301 L Street

11 Bakersfield, CA 93301

12

...

27

  /s/ Amber Jose

28 AMBER JOSE

3